SEDGWICK, DETERT, MORAN & ARNOLD LLP
MICKI S. SINGER Bar No. 148699
JENNIFER B. BONNEVILLE Bar No. 243686
One Embarcadero Center, 16th Floor
San Francisco, California 94111-3628
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants DAIMLERCHRYSLER COMPANY LLC, formerly DAIMLERCHRYSLER CORPORATION, and DAIMLERCHRYSLER MOTORS COMPANY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHELLEY P. ROBINSON; and ELIZAVETA M. HUNSINGER, by and through her Conservator IVAN J. HUNSINGER,

Plaintiffs,

v.

DAIMLERCHRYSLER AG; DAIMLERCHRYSLER MOTORS COMPANY LLC; DAIMLERCHRYSLER CORPORATION; and DOES One through Fifty, inclusive,

Defendants.

CASE NO.

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY) AND JURY TRIAL DEMAND AND CERTIFICATE PURSUANT TO CIV.L.R. 3-16**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE THAT Defendants DaimlerChrysler Company LLC, formerly DaimlerChrysler Corporation and DaimlerChrysler Motors Company LLC (“Defendants”) hereby remove to this Court the action described below.

1. On May 11, 2007, an action was commenced in the Superior Court of the State of California in and for the County of Contra Costa, entitled Shelley P. Robinson; and Elizaveta M. Hunsinger, by and through her Conservator Ivan J. Hunsinger, v. DaimlerChrysler AG;

DaimlerChrysler Motors Company LLC; DaimlerChrysler Corporation; and Does One through Fifty, inclusive, Superior Court Case No. 07-00998. A true and correct copy of the Complaint is attached hereto as **Exhibit A.**

2. The first date upon which Defendants received a copy of the complaint was May 24, 2007, when Defendants' agent for service process, CT Corporation System, received by process server the Summons, Complaint, Notice of Case Management Conference, Notice to Defendants in Unlimited Jurisdiction Civil Cases, Case Management Statement Form, Stipulation Form regarding Alternative Dispute Resolution, and Alternative Dispute Resolution Information Sheet. True and correct copies of the Summons, Civil Cover Sheet, Notice of Case Management Conference, Notice to Defendants in Unlimited Jurisdiction Civil Cases, Case Management Statement Form, Stipulation Form regrading Alternative Dispute Resolution, and Alternative Dispute Resolution Information Sheet are attached hereto as **Exhibit B.**

3. Defendants filed an answer to the complaint on June 20, 2007. A true and correct copy of the answer is attached hereto as **Exhibit C**.

4. Defendants are informed and believe that Plaintiff SHELLEY R. ROBINSON was, at the time of the filing of this action, and still is, a citizen of the State of California.

5. Defendants are informed and believe that Plaintiff ELIZAVETA M. HUNSINGER was, at the time of the filing of this action, and still is, a citizen of the State of California

6. Defendants are informed and believe that Defendant DAIMLERCHRYSLER AG was, at the time of the filing of this action, and still is, a foreign corporation, with its principal place of business in Stuggart, Germany.

7. Defendant DAIMLERCHRYSLER COMPANY LLC, formerly DAIMLERCHRYSLER CORPORATION was at the time of the filing of this action, and still is, a limited liability company pursuant to the laws of the State of Delaware, with its principal place of business in Auburn Hills, Michigan.

8. Defendant DAIMLERCHRYSLER MOTORS COMPANY LLC was at the time of the filing of this action, and still is a limited liability company pursuant to the laws of the State of Delaware, with its principal place of business in Auburn Hill, Michigan.

**JURISDICTION**

9. This action may be removed to this Court pursuant 28 U.S.C. § 1441(b) because this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a), in that the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and Plaintiffs and Defendants are citizens of different states.

10. The matter in controversy exceeds the sum of $75,000, exclusive of interest and costs. The case arises out of a roll-over motor vehicle accident in which Shelley P. Robinson and plaintiff Elizaveta M. Hunsinger both sustained "severe and catastrophic injuries, including but not limited to quadriplegia" in the crash and seek past and future medical and hospital expenses, lost earnings and loss of earning capacity, as well as general damages. (Complaint 8:22-24; 15:23-26; 20:9-11).

11. For the reasons set forth above, the Court has original jurisdiction over all plaintiffs. In the alternative, however, to the extent the court concludes that any of the plaintiffs do not satisfy the amount in controversy requirement of 28 U.S.C. §1302 (a), jurisdiction over this action would still be proper pursuant to 28 U.S.C. §1367. (See Gibson v DaimlerChrysler Corporation, 261 F.3d 927 (9th Cir. 2001))

12. This removal is timely, having been made within thirty days of the service of the Summons and Complaint on Defendants. 28 U.S.C. § 1446(b).

**INTRADISTRICT ASSIGNMENT**

13. Assignment to this Court is proper as the action is pending in Contra Costa County Superior Court.

14. The presence of Doe Defendants in this case has no bearing on diversity with respect to removal. For purposes of removal under this chapter, the citizenship of defendants sued under fictitious names shall be disregarded. 28 U.S.C. § 1441(a).

15. Defendants reserve the right to amend or supplement this Notice of Removal.

16. All Defendants who have been served consent to this removal. (See Lewis V. Rego Company, *757 F.2d 66*; 68 (3rd Cir. 1985)) Defendant DaimlerChrysler AG has not been served.

17. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Superior Court of the State of California, in and for the County of Contra Costa.

18. Pursuant to 28 U.S.C. § 1446(d), Defendants have served Plaintiffs with a Notice to State Court and Adverse Party of Removal to Federal Court and Jury Demand.

WHEREFORE, Defendants DAIMLERCHRYSLER COMPANY LLC, formerly DAIMLERCHRYSLER CORPORATION, and DAIMLERCHRYSLER MOTORS COMPANY LLC hereby removes the action now pending against it in the Superior Court of California, County of Contra Costa.

**JURY DEMAND**

DAIMLERCHRYSLER COMPANY LLC, formerly DAIMLERCHRYSLER CORPORATION, and DAIMLERCHRYSLER MOTORS COMPANY LLC hereby demand trial by jury of all issues appropriate for jury determination.

DATED: July 2, 2007

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:______________________________

Micki S. Singer
Jennifer B. Bonneville
Attorneys for Defendants
DAIMLERCHRYSLER COMPANY LLC, formerly
DAIMLERCHRYSLER CORPORATION, and
DAIMLERCHRYSLER MOTORS COMPANY LLC

///

///

///

///

///

///

///

///

///

**CERTIFICATE PURSUANT TO CIV. L.R. 3-16**

Pursuant to this Court's Civil Local Rule 3-16, the undersigned certifies that, as of this date, other than the named parties to this action, there is no such interest to report.

DATED: July 2, 2007 SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:__________________________________________

Micki S. Singer
Jennifer B. Bonneville
Attorneys for Defendants
DAIMLERCHRYSLER COMPANY LLC, formerly
DAIMLERCHRYSLER CORPORATION, and
DAIMLERCHRYSLER MOTORS COMPANY LLC