1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP
MICKI S. SINGER Bar No. 148699
2 | JENNIFER B. BONNEVILLE Bar No. 243686
One Embarcadero Center, 16th Floor
3 | San Francisco, California 94111-3628
Telephone: (415) 781-7900
4 | Facsimile: (415) 781-2635

5 | Attorneys for Defendants DAIMLERCHRYSLER
COMPANY LLC, formerly DAIMLERCHRYSLER
6 | CORPORATION, and DAIMLERCHRYSLER
MOTORS COMPANY LLC

7

8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  SHELLEY P. ROBINSON; and ELIZAVETA M. HUNSINGER, by and through her Conservator 13  IVAN J. HUNSINGER, | CASE NO. C 07-03258 SC |
| 14      Plaintiffs, | **DEFENDANT DAIMLERCHRYSLER COMPANY LLC AND DAIMLERCHRYSLER MOTORS COMPANY LLC'S NOTICE OF FILING NOTICE TO ADVERSE PARTY OF REMOVAL** |
| 15      v. | |
| 16  DAIMLERCHRYSLER AG; DAIMLERCHRYSLER MOTORS COMPANY 17  LLC; DAIMLERCHRYSLER CORPORATION; and DOES One through Fifty, inclusive, | |
| 18      Defendants. | |
| 19 | |

20

21 | TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT

22 | OF CALIFORNIA:

23 | PLEASE TAKE NOTICE that on June 20, 2007, Defendants DAIMLERCHRYSLER

24 | COMPANY LLC, formerly DAIMLERCHRYSLER CORPORATION, and

25 | DAIMLERCHRYSLER MOTORS COMPANY LLC, filed and served a Notice to Adverse Party

26 | of Removal and Jury Demand.

27 | / / /

28 | / / /

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP

-1-

NOTICE OF FILING NOTICE TO ADVERSE PARTY OF REMOVAL DOCUMENT

1  Attached hereto is a true and correct copy of the Notice to Adverse Party of Removal and Jury

2  Demand, without the attachments, which were already filed in this Court and served, and with

3  the proof of service of such Notice to Adverse Party of Removal and Jury Demand.

4  DATED: June 21, 2007            SEDGWICK, DETERT, MORAN & ARNOLD LLP

5

6            By: _____
            Micki S. Singer
7            Jennifer B. Bonneville
            Attorneys for Defendants
8            DAIMLERCHRYSLER COMPANY LLC, formerly
            DAIMLERCHRYSLER CORPORATION, and
9            DAIMLERCHRYSLER MOTORS COMPANY LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP
28

1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   MICKI S. SINGER  Bar No. 148699
2  JENNIFER B. BONNEVILLE  Bar No. 243686
   One Embarcadero Center, 16th Floor
3  San Francisco, California 94111-3628
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635

FILED

2007 JUN 21  A 10: 37

K. TORRE, CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CALIF.

BY_____
      D. Wagner, Deputy Clerk

5  Attorneys for Defendants DAIMLERCHRYSLER
   COMPANY LLC, formerly DAIMLERCHRYSLER
6  CORPORATION, and DAIMLERCHRYSLER
   MOTORS COMPANY LLC
7

8

9              SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                 CITY AND COUNTY OF CONTRA COSTA

11

12 SHELLEY P. ROBINSON; and ELIZAVETA M.         CASE NO. 07-00998
   HUNSINGER, by and through her Conservator
13 IVAN J. HUNSINGER,                            **NOTICE TO ADVERSE PARTY OF**
                                                 **REMOVAL TO FEDERAL COURT**
14              Plaintiffs,                       **AND JURY DEMAND**

15         v.

16 DAIMLERCHRYSLER AG;
   DAIMLERCHRYSLER MOTORS COMPANY
17 LLC; DAIMLERCHRYSLER CORPORATION;
   and DOES One through Fifty, inclusive,        BY FAX
18
                Defendants.
19

20

21        TO THE CLERK OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

22 FOR THE COUNTY OF CONTRA COSTA, AND TO PLAINTIFFS SHELLEY R.

23 ROBINSON; and ELIZAVETA M. HUNSINGER, by and through her Conservator IVAN J.

24 HUNSINGER AND THEIR ATTORNEYS OF RECORD:

25        PLEASE TAKE NOTICE that Defendants DAIMLERCHRYSLER COMPANY LLC,

26 formerly DAIMLERCHRYSLER CORPORATION, and DAIMLERCHRYSLER MOTORS

27 COMPANY LLC removed the above-entitled action to the United States District Court for the

28 Northern District of California – Oakland Division, pursuant to a Notice of Removal of Action

SEDGWICK
DETERT, MORAN & ARNOLD LLP

1 | Under 28 U.S.C. § 1441(b) (Diversity) and Demand for Jury Trial filed on or about June 20,

2 | 2007, with the Office of the Clerk of the United States District Court for the Northern District of

3 | California – Oakland Division.

4 | A true and correct copy of said Notice of Removal is attached hereto and is served and

5 | filed herewith.

6 | DATED: June 21, 2007                SEDGWICK, DETERT, MORAN & ARNOLD LLP

7

8 | By:_____
   | Micki S. Singer

9 | Jennifer B. Bonneville
   | Attorneys for Defendants

10 | DAIMLERCHRYSLER COMPANY LLC,
   | formerly DAIMLERCHRYSLER

11 | CORPORATION, and DAIMLERCHRYSLER
   | MOTORS COMPANY LLC

-2-

NOTICE ADVERSE PARTY OF REMOVAL TO FEDERAL COURT AND JURY DEMAND

SEDGWICK
DETERT, MORAN & ARNOLD LLP

1   SEDGWICK, DETERT, MORAN & ARNOLD LLP
    MICKI S. SINGER  Bar No. 148699
2   JENNIFER B. BONNEVILLE  Bar No. 243686
    One Embarcadero Center, 16th Floor
3   San Francisco, California 94111-3628
    Telephone: (415) 781-7900
4   Facsimile: (415) 781-2635

5   Attorneys for Defendants DAIMLERCHRYSLER
    COMPANY LLC, formerly DAIMLERCHRYSLER
6   CORPORATION, and DAIMLERCHRYSLER
    MOTORS COMPANY LLC

7

8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  SHELLEY P. ROBINSON; and ELIZAVETA M.        CASE NO.
    HUNSINGER, by and through her Conservator
13  IVAN J. HUNSINGER,                           NOTICE OF REMOVAL OF
                                                 ACTION UNDER 28 U.S.C. § 1441(b)
14              Plaintiffs,                       (DIVERSITY) AND JURY TRIAL
                                                 DEMAND AND CERTIFICATE
15         v.                                    PURSUANT TO CIV.L.R. 3-16

16  DAIMLERCHRYSLER AG;
    DAIMLERCHRYSLER MOTORS COMPANY
17  LLC; DAIMLERCHRYSLER CORPORATION;
    and DOES One through Fifty, inclusive,
18
                Defendants.
19

20

21  TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF

22  CALIFORNIA:

23         PLEASE TAKE NOTICE THAT Defendants DaimlerChrysler Company LLC, formerly

24  DaimlerChrysler Corporation and DaimlerChrysler Motors Company LLC ("Defendants") hereby

25  remove to this Court the action described below.

26         1.      On May 11, 2007, an action was commenced in the Superior Court of the State of

27  California in and for the County of Contra Costa, entitled Shelley P. Robinson; and Elizaveta M.

28  Hunsinger, by and through her Conservator Ivan J. Hunsinger, v. DaimlerChrysler AG;

1   DaimlerChrysler Motors Company LLC; DaimlerChrysler Corporation; and Does One through
2   Fifty, inclusive, Superior Court Case No. 07-00998. A true and correct copy of the Complaint is
3   attached hereto as **Exhibit A.**

4      2.     The first date upon which Defendants received a copy of the complaint was
5   May 24, 2007, when Defendants' agent for service process, CT Corporation System, received by
6   process server the Summons, Complaint, Notice of Case Management Conference, Notice to
7   Defendants in Unlimited Jurisdiction Civil Cases, Case Management Statement Form, Stipulation
8   Form regarding Alternative Dispute Resolution, and Alternative Dispute Resolution Information
9   Sheet. True and correct copies of the Summons, Civil Cover Sheet, Notice of Case Management
10   Conference, Notice to Defendants in Unlimited Jurisdiction Civil Cases, Case Management
11   Statement Form, Stipulation Form regrading Alternative Dispute Resolution, and Alternative
12   Dispute Resolution Information Sheet are attached hereto as **Exhibit B.**

13      3.     Defendants filed an answer to the complaint on June 20, 2007. A true and correct
14   copy of the answer is attached hereto as **Exhibit C.**

15      4.     Defendants are informed and believe that Plaintiff SHELLEY R. ROBINSON was,
16   at the time of the filing of this action, and still is, a citizen of the State of California.

17      5.     Defendants are informed and believe that Plaintiff ELIZAVETA M. HUNSINGER
18   was, at the time of the filing of this action, and still is, a citizen of the State of California

19      6.     Defendants are informed and believe that Defendant DAIMLERCHRYSLER AG
20   was, at the time of the filing of this action, and still is, a foreign corporation, with its principal
21   place of business in Stuggart, Germany.

22      7.     Defendant DAIMLERCHRYSLER COMPANY LLC, formerly
23   DAIMLERCHRYSLER CORPORATION was at the time of the filing of this action, and still is, a
24   limited liability company pursuant to the laws of the State of Delaware, with its principal place of
25   business in Auburn Hills, Michigan.

26      8.     Defendant DAIMLERCHRYSLER MOTORS COMPANY LLC was at the time of
27   the filing of this action, and still is a limited liability company pursuant to the laws of the State of
28   Delaware, with its principal place of business in Auburn Hill, Michigan.

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP

SF/1410220v1

-2-

1

## JURISDICTION

2       9.      This action may be removed to this Court pursuant 28 U.S.C. § 1441(b) because

3   this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a), in that the

4   matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and

5   Plaintiffs and Defendants are citizens of different states.

6       10.     The matter in controversy exceeds the sum of $75,000, exclusive of interest and

7   costs. The case arises out of a roll-over motor vehicle accident in which Shelley P. Robinson and

8   plaintiff Elizaveta M. Hunsinger both sustained "severe and catastrophic injuries, including but not

9   limited to quadriplegia" in the crash and seek past and future medical and hospital expenses, lost

10  earnings and loss of earning capacity, as well as general damages. (Complaint 8:22-24; 15:23-26;

11  20:9-11).

12      11.     For the reasons set forth above, the Court has original jurisdiction over all

13  plaintiffs. In the alternative, however, to the extent the court concludes that any of the plaintiffs do

14  not satisfy the amount in controversy requirement of 28 U.S.C. §1302 (a), jurisdiction over this

15  action would still be proper pursuant to 28 U.S.C. §1367. (See Gibson v DaimlerChrysler

16  Corporation, 261 F.3d 927 (9th Cir. 2001))

17      12.     This removal is timely, having been made within thirty days of the service of the

18  Summons and Complaint on Defendants.  28 U.S.C. § 1446(b).

19

## INTRADISTRICT ASSIGNMENT

20      13.     Assignment to this Court is proper as the action is pending in Contra Costa County

21  Superior Court.

22      14.     The presence of Doe Defendants in this case has no bearing on diversity with

23  respect to removal.  For purposes of removal under this chapter, the citizenship of defendants sued

24  under fictitious names shall be disregarded.  28 U.S.C. § 1441(a).

25      15.     Defendants reserve the right to amend or supplement this Notice of Removal.

26      16.     All Defendants who have been served consent to this removal.  (See Lewis V. Rego

27  Company, 757 F.2d 66; 68 (3rd Cir. 1985))  Defendant DaimlerChrysler AG has not been served.

SEDGWICK
:TERT, MORAN & ARNOLD LLP
28

-3-
NOTICE OF REMOVAL, JURY TRIAL AND CERTIFICATE OF INTERESTED PARTIES

1    17.    Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with

2    the Clerk of the Superior Court of the State of California, in and for the County of Contra Costa.

3    18.    Pursuant to 28 U.S.C. § 1446(d), Defendants have served Plaintiffs with a Notice to

4    State Court and Adverse Party of Removal to Federal Court and Jury Demand.

5    WHEREFORE, Defendants DAIMLERCHRYSLER COMPANY LLC, formerly

6    DAIMLERCHRYSLER CORPORATION, and DAIMLERCHRYSLER MOTORS COMPANY

7    LLC hereby removes the action now pending against it in the Superior Court of California,

8    County of Contra Costa.

9    **JURY DEMAND**

10    DAIMLERCHRYSLER COMPANY LLC, formerly DAIMLERCHRYSLER

11    CORPORATION, and DAIMLERCHRYSLER MOTORS COMPANY LLC hereby demand trial

12    by jury of all issues appropriate for jury determination.

13

14    DATED: June 20, 2007        SEDGWICK, DETERT, MORAN & ARNOLD LLP

15

16
                                    By:_____/s/_____
17                                      Micki S. Singer
                                        Jennifer B. Bonneville
18                                      Attorneys for Defendants
                                        DAIMLERCHRYSLER COMPANY LLC, formerly
19                                      DAIMLERCHRYSLER CORPORATION, and
                                        DAIMLERCHRYSLER MOTORS COMPANY LLC
20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

SEDGWICK
ETERT, MORAN & ARNOLD LLP

SF/1410220v1
                                        -4-

1

## CERTIFICATE PURSUANT TO CIV. L.R. 3-16

2      Pursuant to this Court's Civil Local Rule 3-16, the undersigned certifies that, as of this

3    date, other than the named parties to this action, there is no such interest to report.

4

5    DATED:  June 20, 2007              SEDGWICK, DETERT, MORAN & ARNOLD LLP

6

7

                                    By: _____
8                                         Micki S. Singer
                                          Jennifer B. Bonneville
9                                         Attorneys for Defendants
                                          DAIMLERCHRYSLER COMPANY LLC, formerly
10                                        DAIMLERCHRYSLER CORPORATION, and
                                          DAIMLERCHRYSLER MOTORS COMPANY LLC
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SEDGWICK
DETERT, MORAN & ARNOLD LLP

1 | *Robinson, et al. v. DaimlerChrysler AG, et al.*

2 | Conta Costa County Superior Court, Case No. C07-00998

3 | **PROOF OF SERVICE**

4
5 |     I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On June 20, 2007, I served the within document(s):

6
7 | **NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT AND JURY DEMAND**

8
9 | ☐     FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

10
11 | ☒     MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

12 | ☐     PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

13
14 | ☐     OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

15
16
17
18 |
R. Lewis Van Blois, Esq.                 Attorneys For Plaintiffs
Thomas C. Knowles, Esq.
Law Office of Van Blois & Associates
Airport Corporate Centre
7677 Oakport Street, Suite 565
Oakland, CA 94621
Telephone: 510/635-1284
Facsimile: 510/635-1516

19

20
21
22 |     I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

23 |     I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 20, 2007, at San Francisco, California.

24
25 | Kathleen McNulty

26
27
28

1
**PROOF OF SERVICE**

SF/1410375v1

1 | *Robinson, et al. v. DaimlerChrysler AG, et al.*

2 | United States District Court, Northern District of California, Case No. C 07-03258 SC

3 | **PROOF OF SERVICE**

4 |     I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market
5 | Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On June 21, 2007, I served the within document(s):

6
7 | **DEFENDANT DAIMLERCHRYSLER COMPANY LLC AND DAIMLERCHRYSLER MOTORS COMPANY LLC'S NOTICE OF FILING NOTICE TO ADVERSE PARTY OF REMOVAL**

8
9 | ☐    FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

10
11 | ☒    MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

12 | ☐    PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

13
14 | ☐    OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

15 | R. Lewis Van Blois, Esq.                Attorneys For Plainitffs
16 | Thomas C. Knowles, Esq.
Law Office of Van Blois & Associates
17 | Airport Corporate Centre
7677 Oakport Street, Suite 565
18 | Oakland, CA 94621

19

20 |     I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same
21 | day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage
22 | meter date is more than one day after date of deposit for mailing in affidavit.

23 |     I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

24 |     Executed on June 21, 2007, at San Francisco, California.

25
26 | Kathleen McNulty
27
28

1
PROOF OF SERVICE

SF/1410377v1