```
 1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
    MICKI S. SINGER  Bar No. 148699
 2  JENNIFER B. BONNEVILLE  Bar No. 243686
    One Embarcadero Center, 16th Floor
 3  San Francisco, California 94111-3628
    Telephone: (415) 781-7900
 4  Facsimile: (415) 781-2635

 5  Attorneys for Defendants DAIMLERCHRYSLER
    COMPANY LLC, formerly DAIMLERCHRYSLER
 6  CORPORATION, and DAIMLERCHRYSLER
    MOTORS COMPANY LLC
 7

 8

 9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11
```

| | |
|---|---|
| SHELLEY P. ROBINSON; and ELIZAVETA M. HUNSINGER, by and through her Conservator IVAN J. HUNSINGER, <br><br> Plaintiffs, <br><br> v. <br><br> DAIMLERCHRYSLER AG; DAIMLERCHRYSLER MOTORS COMPANY LLC; DAIMLERCHRYSLER CORPORATION; and DOES One through Fifty, inclusive, <br><br> Defendants. | CASE NO. C 07-03258 SC <br><br> **PROOF OF SERVICE** |

SF/1410507v1

-1-

PROOF OF SERVICE

*Robinson, et al. v. DaimlerChrysler AG, et al.*

United States District Court, Northern District of California, Case No. C 07-03258 SC

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On June 21, 2007, I served the within document(s):

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; "WELCOME TO THE UNITED STATES DISTRICT COURT"; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION**

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

R. Lewis Van Blois, Esq.                         Attorneys For Plaintiffs
Thomas C. Knowles, Esq.
Law Office of Van Blois & Associates
Airport Corporate Centre
7677 Oakport Street, Suite 565
Oakland, CA 94621

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 21, 2007, at San Francisco, California.

*/s/ Kathleen McNulty*
Kathleen McNulty

---
1
PROOF OF SERVICE

SF/1410377v1