1   SEDGWICK, DETERT, MORAN & ARNOLD LLP
    MICKI S. SINGER  Bar No. 148699
2   JENNIFER B. BONNEVILLE  Bar No. 243686
    One Market Plaza, Steuart Tower, 8th Floor
3   San Francisco, California 94105
    Telephone: (415) 781-7900
4   Facsimile: (415) 781-2635

5   Attorneys for Defendants DAIMLERCHRYSLER
    COMPANY LLC, formerly DAIMLERCHRYSLER
6   CORPORATION, and DAIMLERCHRYSLER
    MOTORS COMPANY LLC
7

8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12  SHELLEY P. ROBINSON; and ELIZAVETA M.          CASE NO. C-07-03258 SC
    HUNSINGER, by and through her Conservator
13  IVAN J. HUNSINGER,                             **NOTICE OF CORRECTION OF
                                                   ADDRESS**
14          Plaintiffs,

15      v.

16  DAIMLERCHRYSLER AG;
    DAIMLERCHRYSLER MOTORS COMPANY
17  LLC; DAIMLERCHRYSLER CORPORATION;
    and DOES One through Fifty, inclusive,
18
            Defendants.
19

20  TO THE COURT AND TO COUNSEL OF RECORD:

21      The correct address for Sedgwick, Detert, Moran & Arnold LLP, counsel of record for

22  defendants DAIMLERCHRYSLER COMPANY LLC, formerly DAIMLERCHRYSLER

23  CORPORATION, and DAIMLERCHRYSLER MOTORS COMPANY LLC, is as follows:

24                      Sedgwick, Detert, Moran & Arnold LLP
                        One Market Plaza, Steuart Tower, 8th Floor
25                      San Francisco, California 94105

26  / / /

27  / / /

28  / / /

SEDGWICK
DETERT, MORAN & ARNOLD LLP

SF/1432739v1                          -1-
                        NOTICE OF CORRECTION OF ADDRESS

1    The telephone and facsimile numbers remain the same.

2    DATED:  July 27, 2007                SEDGWICK, DETERT, MORAN & ARNOLD LLP

3

4
                                    By:
5                                       Jennifer B. Bonneville
                                        Attorneys for Defendants
6                                       DAIMLERCHRYSLER COMPANY LLC, formerly
                                        DAIMLERCHRYSLER CORPORATION, and
7                                       DAIMLERCHRYSLER MOTORS COMPANY LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SEDGWICK
DETERT, MORAN & ARNOLD LLP

-2-
                                NOTICE OF CORRECTION OF ADDRESS