SEDGWICK, DETERT, MORAN & ARNOLD LLP
MICKI S. SINGER  Bar No. 148699
JOHN G. GHERINI  Bar No. 220981
One Market Plaza, Steuart Tower 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants CHRYSLER LLC and
CHRYSLER MOTORS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY P. ROBINSON; and ELIZAVETA M. HUNSINGER, by and through her Conservator IVAN J. HUNSINGER,<br><br>Plaintiffs,<br><br>v.<br><br>DAIMLERCHRYSLER AG; DAIMLERCHRYSLER MOTORS COMPANY LLC; DAIMLERCHRYSLER CORPORATION; and DOES One through Fifty, inclusive,<br><br>Defendants. | CASE NO. C 07-03258 SC<br><br>**DECLARATION OF MICKI S. SINGER** |

I, MICKI S. SINGER, declare:

1. I am an attorney admitted to practice before this Court and all courts of the State of California and am a partner in the law firm of Sedgwick, Detert, Moran & Arnold, counsel of record for Defendants Chrysler LLC (formerly DaimlerChrysler Company LLC, formerly DaimlerChrysler Corporation) and Chrysler Motors LLC (formerly DaimlerChrysler Motors LLC).

2. This lawsuit arises from an accident involving a 1998 Jeep Cherokee (XJ), VIN 1J4FJ68SXWL252744 (the "Cherokee").

3. Attached as Exhibit A is a true and accurate copy of a Vehicle Information Detail Report related to the Cherokee.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 17th day of October, 2007, at San Francisco, California.

_____
Micki S. Singer

## Vehicle Information Detail Report

### Vehicle Information

| VIN | 1J4FJ68SX WL252744 | Model Year | 1998 | Market | US | | |
|---|---|---|---|---|---|---|---|
| Body | XJJL74 | JEEP CHEROKEE SPORT UTILITY 4-DR | | Plant | TOLEDO I | Build Date | 04/30/1998 |

| Ship Date | 05/01/1998 | | | Sold Date | 10/07/1998 | | |
|---|---|---|---|---|---|---|---|
| Ship To Dealer | 26243 | | | Sold To Dealer | 68778 | | |
| Address | JEEP-EAGLE WEST INCORPORATED | | | Address | TRADER BUD'S WESTSIDE CHRY-PLY JEEP-EAGLE | | |
| | 1455 AUTOMALL DRIVE | | | | 3700 WEST BROAD STREET | | |
| City/State/ZIP | COLUMBUS | OH | 43228 | City/State/ZIP | COLUMBUS | OH | 43228 |

### Functional Sales Codes

| Sales Code | Description | Sales Code | Description | Sales Code | Description |
|---|---|---|---|---|---|
| A20 | 4.0L ENGINE(ERH)/4SPD AUTO TRANS(DGS) | BAU | 117 AMP ALTERNATOR | BCD | 500 AMP BATTERY |
| BGA | POWER BRAKES-FRT DISC/RR DRUM | DGB | STD DUTY 4SPD AUTO TRANS | DGS | 4SPD AUTO TRANS - AISIN WARNER |
| DHA | CC TORQUE CONVERTER | DHN | TRANSFER CASE 231 - COMMAND TRAC | DHS | AUTOMATIC TRANSMISSION - FLOOR SHIFT |
| DJH | 2500# FRONT AXLE | DMD | 3.5 AXLE RATIO | DRA | REAR AXLE-CHRYSLER 8.25 |
| EAA | ALL ENGINES | ERH | ENGINE - 4.0L I6 (MPI) HI OUTPUT GAS | GVB | ALL VEHICLES W/POWER MIRRORS |
| GXM | KEYLESS ENTRY SYSTEM-TYPE I | HGD | INSULATION - SPECIAL SOUND | JHA | WINDSHIELD WIPERS - DELUXE |
| JHB | REAR WIPER/WASHER | JJB | ELECTRIC HORN - DUAL | JPA | POWER WINDOWS |
| JPB | POWER DOOR LOCKS | LBB | COURTESY LAMPS (BELOW PANEL) | LBC | GLOVE BOX LAMP |
| LCD | MAP/DOME READING LAMP | LDA | UNDERHOOD COMPT LAMP | LDB | CARGO COMPT LAMP |
| LMA | HALOGEN HEADLAMPS | LPS | HIGH CENTER STOP LAMP | NAA | FEDERAL EMISSION PKG |
| NBK | WITH EVAP CONTROL SYSTEM | NFA | TANK - 20 GAL FUEL | NHM | AUTO SPEED CONTROL |
| RAA | ALL RADIO EQUIPPED VEHICLES | SBA | POWER STEERING | SCG | STRG WHL LEA-EURO/SPORT TYPE |
| SDA | SUSP-NORMAL DUTY | SHA | SWAY BAR - FRT | SHC | SWAY BAR - RR |
| SUA | TILT STEERING COLUMN | TBC | COMPACT SPARE TIRE | TBL | TIRE CARRIER - INSIDE |
| TRL | TIRES, P225/75R15 WRANGLER RT/S A/T | TZA | GOODYEAR BRAND TIRES | WJ1 | 15 X 7 ALUMINUM WHEEL |
| WLZ | ALL ALUMINUM WHEELS | XCY | UPGRADED OBD-II CONNECTORS | XJF | TETHERED GAS CAP |
| Z5B | GVW/PAYLOAD RATING | ZFJ | LEFT FRONT SPRING | ZFU | LEFT REAR SPRING |
| ZUJ | RIGHT FRONT SPRING | ZUU | RIGHT REAR SPRING | | |

### Exterior Sales Codes

| Sales Code | Description | Sales Code | Description | Sales Code | Description |
|---|---|---|---|---|---|
| APA | MONOTONE PAINT PACKAGE - I | GAL | GLASS - REFLECTIVE - RR QTR PNL & DRS | GBB | WINDSHIELD GLASS - TINTED |
| GCB | FRONT DOOR GLASS - TINTED | GEE | GLASS - DEEP TINT LIFTGATE | GTZ | DUAL MIRROR PKG-REMOTE BLACK |
| K2R | FLAME RED CLEAR-COAT - WHEELFLARES | K3R | CANDY APPLE RED MET TINTED C/C - MO | KFP | LT. TEAL SOLID - 'LE' DECAL |
| KGP | MED. SPRUCE SOLID - 'CARAVAN / GRAN | KRP | MED. MOSS GREEN SOLID - DECAL - '4X | KTP | MED. MOSS GREEN SOLID - DECAL - 'DO |
| | *STRL SILVER MET C/C;LT | | FRONT BUMPER - BODY | | REAR BUMPER - BODY |

**EXHIBIT A**

| Sales Code | Description | Sales Code | Description | Sales Code | Description |
|---|---|---|---|---|---|
| KYP | QUARTZ - DE | MBP | COLOR | MBQ | COLOR |
| MCA | FRONT BUMPER GUARDS | MDA | FRT LICENSE PLATE ATTACH REQUIRED | MFK | GRILLE APPEARANCE- BLK/BODY COLOR |
| MHA | WINDSHIELD MOLDINGS - BLACK | MMC | DOOR & QTR UPR FRAME MOLDINGS | MMG | BELT MOLDINGS - PAINTED |
| MMK | DRIP TROUGH MLDG - BLACK | MNA | DOOR HANDLES & ESCUTHEONS BLACK | MWG | LUGGAGE RACK - BLACK |
| PR4 | FLAME RED C/C | QR4 | FLAME RED CC SEC PNT - PR4 | | |

**Interior Sales Codes**

| Sales Code | Description | Sales Code | Description | Sales Code | Description |
|---|---|---|---|---|---|
| -C3 | DARK/MED. MIST GRAY | *XJ | GRENOBLE FABRIC SEATING | CAC | BUCKET SEAT - LOW BACK |
| CBW | DOOR TRIM PNL-VINYL | CDB | RECLINING TYPE SEATS | CFM | 1ST POSITION REAR BENCH - FOLDING |
| CGG | RESTRAINT SYSTEM - T.I.B. | CGW | RESTRAINT SYS - ACTIVE DRVR/PASS AIRBAG | CKA | CARPETS - CLASS I SHORT PILE 8 TO 12 OZ |
| CKN | CARGO COMPARTMENT CARPET | CKT | CARGO TIE DOWN LOOPS | CKX | LIFTGATE TRIM PANEL - PLASTIC |
| CLE | ACCESSORY FLOOR MAT - FRONT & REAR | CSA | SPARE TIRE COVER | CSR | INTERIOR ASSIST HANDLE |
| CSS | ASSIST HANDLE - LIFT-GATE | CUF | CONSOLE - FULL LENGTH FRONT | GFA | ELECTRIC HEATED REAR WINDOW |
| GNA | INSIDE RR VIEW MIRROR | GNC | SUN VISOR - ILLUMINATED MIRROR - RT & LT | HAA | AIR CONDITIONING W/CFC |
| JAY | ANALOG CLUSTER, RALLYE W/TACH | JBF | BEZEL - INSTRUMENT CLUSTER - BLACK | JCD | SPEEDOMETER - 100 MILE PRIMARY |
| JJA | CIGAR LIGHTER | JJJ | AUXILIARY ELECTRICAL RECEPTACLE | LAJ | WARNING BUZZER - HEADLAMPS ON |
| LHD | HEADLAMP ON TIME DELAY | RAS | RADIO - AM/FM/MX W/CASSETTE-'ECONOMY' | RCR | PREMIUM NON-BRANDED SPEAKER SYSTEM |
| RDD | ANTENNA - RADIO FIXED | | | | |

**Packages Sales Codes**

| Sales Code | Description | Sales Code | Description | Sales Code | Description |
|---|---|---|---|---|---|
| 26S | CUSTOMER PREFERRED ORDER CODE - 6S | 2TS | CUSTOMER PREFERRED PACKAGE - TS | ADA | LIGHT PACKAGE |
| ART | CLASSIC DECOR GROUP | AWH | POWER WINDOWS & POWER LOCK GROUP | | |

**Non Product Sales Codes**

| Sales Code | Description | Sales Code | Description | Sales Code | Description |
|---|---|---|---|---|---|
| 141 | ZONE 41-CINCINATTI | 1AA | U.S. DEALER RETAIL | 3V6 | CUSTOMER PREFERRED DISCOUNT |
| 636 | EQUIP REQUIREMENTS-OHIO SHIP TO | 936 | EQUIP REQUIREMENTS-OHIO SOLD TO | YAA | BUILD TO U S MARKET SPECIFICATIONS |
| YGF | 8 ADDITIONAL GALLONS OF GAS | | | | |

**EXHIBIT A**