Justs N. Karlsons, No. 042899
Matthew J. Kemner, No. 188124
David M. Rice, No. 131064
Jonathan Yank, No. 215495
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:    415.989.5900
Facsimile:    415.989.0932
Email:    jkarlsons@cbmlaw.com
          mkemner@cbmlaw.com
          drice@cbmlaw.com
          jyank@cbmlaw.com

Attorneys for Defendant
Specially Appearing Defendant DAIMLER AG
(formerly known as "DaimlerChrysler AG")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHELLEY P. ROBINSON, et al., | No. 3:07cv03258-SC |
| Plaintiffs, | **DECLARATION OF JONATHAN YANK IN SUPPORT OF SPECIALLY APPEARING DEFENDANT DAIMLER AG'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |
| v. | |
| DAIMLERCHRYSLER AG, et al., | |
| Defendants. | Date:         November 30, 2007<br>Time:         10:00 a.m.<br>Courtroom:    1<br>Judge:        Hon. Samuel Conti |
| | Complaint Filed: 6/20/07<br>Trial Date:      N/A |

I, Jonathan D. Yank, declare as follows:

1. I make this declaration based upon my personal knowledge and, if called as a witness, could and would testify competently to the matters stated herein.

2. I am a member in good standing of the State Bar of California and am an associate attorney at Carroll, Burdick & McDonough LLP, attorneys for defendant Mercedes-Benz USA, LLC ("MBUSA").

3. Exhibit B hereto is a true and correct copy of a Certificate of Amendment of Certificate of Incorporation, which was filed by Chrysler Corporation with the Delaware Secretary of State on November 16, 1998, changing the name of the company to DaimlerChrysler Corporation.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this declaration was executed on October 17, 2007, at San Francisco, California.

_____
Jonathan Yank

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF379850.1 -2-

DECLARATION OF JONATHAN YANK IN SUPPOR OF MOTION TO DISMISS (NO. 3:07CV03258-SC)

NOV 16 '98 15:36 FR CHRYSLER CORP AFFA:RS8:0 512 1771 TO 813026555049    P.04/05

11-16 98

11-16-98

## CERTFICIATE OF AMENDMENT

## OF

## CERTIFICATE OF INCORPORATION

* * * * *

Chrysler Corporation, a corporation organized and existing under and by virtue of the General Corporation Law of the State of Delaware,

DOES HEREBY CERTIFY:

FIRST: That the Board of Directors of said corporation, by written unanimous consent, adopted a resolution proposing and declaring advisable the following amendment to the Certificate of Incorporation of said corporation:

> RESOLVED, that the Certificate of Incorporation of Chrysler Corporation be amended by changing the First Article thereof so that, as amended, said Article shall be and read as follows:
>
> FIRST: The name of the Corporation is DaimlerChrysler Corporation (hereinafter, the "Corporation").

SECOND: That in lieu of a meeting and vote of stockholders, the stockholders have given unanimous written consent to said amendment in accordance with the provisions of Section 228 of the General Corporation Law of the State of Delaware.

THIRD: That the aforesaid amendment was duly adopted in accordance with the applicable provisions of Sections 242 and 228 of the General Corporation Law of the State of Delaware.

**EXHIBIT B**

NOV 16 '98 15:37 FR CHRYSLER CORP AFFA'RS810 512 1771 TO 813026555049   P.05/05

FOURTH: That this Certificate of Amendment of the Certificate of Incorporation shall be effective on November 17, 1998.

Chrysler Corporation

By: *[signature]*
William J. O'Brien
Vice President and General Counsel

Dated: As of the 16th day of November 1998.

**EXHIBIT B**