1  Justs N. Karlsons, No. 042899
   Matthew J. Kemner, No. 188124
2  David M. Rice, No. 131064
   Jonathan Yank, No. 215495
3  **CARROLL, BURDICK & McDONOUGH LLP**
   Attorneys at Law
4  44 Montgomery Street, Suite 400
   San Francisco, CA  94104
5  Telephone:   415.989.5900
   Facsimile:   415.989.0932
6  Email:       jkarlsons@cbmlaw.com
                mkemner@cbmlaw.com
7               drice@cbmlaw.com
                jyank@cbmlaw.com
8

9  Attorneys for Defendant
   Specially Appearing Defendant DAIMLER AG
10 (formerly known as "DaimlerChrysler AG")

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14 SHELLEY P. ROBINSON, et al.,        |  No. 3:07cv03258-SC
15             Plaintiffs,             |  **[PROPOSED] ORDER GRANTING
                                       |  SPECIALLY APPEARING
16     v.                              |  DEFENDANT DAIMLER AG'S
                                       |  MOTION TO DISMISS FOR LACK OF
17 DAIMLERCHRYSLER AG, et al.,         |  PERSONAL JURISDICTION**
18             Defendants.             |  Date:       November 30, 2007
                                       |  Time:       10:00 a.m.
19                                     |  Courtroom:  1
                                       |  Judge:      Hon. Samuel Conti
20
                                          Complaint Filed: 6/20/07
21                                        Trial Date:      N/A
22
         Specially Appearing Defendant Daimler AG's Motion to Dismiss for Lack of
23
   Personal Jurisdiction came on regularly for hearing on November 30, 2007 in Courtroom
24
   No. 1, before the Honorable Samuel Conti, presiding.
25 ///
26 ///
27 ///
28

CARROLL, BURDICK &
McDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF379963.1

ORDER GRANTING DAIMLER AG'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION (NO. 3:07CV03258-SC)

After considering the pleadings and evidence submitted by the parties, as well as counsel's oral argument, if any, the court rules as follows:

    1.    Daimler AG does not have a constitutionally sufficient nexus with the State of California to allow this Court to exercise personal jurisdiction over it; and

    2.    Daimler AG's Motion to Dismiss is **GRANTED**.

DATED: _____

_____
Hon. Samuel Conti