Justs N. Karlsons, No. 042899
Matthew J. Kemner, No. 188124
David M. Rice, No. 131064
Jonathan Yank, No. 215495
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:  415.989.5900
Facsimile:  415.989.0932
Email:  jkarlsons@cbmlaw.com
    mkemner@cbmlaw.com
    drice@cbmlaw.com
    jyank@cbmlaw.com

Attorneys for Defendant
Specially Appearing Defendant DAIMLER AG
(formerly known as "DaimlerChrysler AG")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHELLEY P. ROBINSON, et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>DAIMLERCHRYSLER AG, et al.,<br><br>           Defendants. | No. 3:07cv03258-SC<br><br>**PROOF OF SERVICE VIA ELECTRONIC TRANSMISSION**<br><br>Date:         November 30, 2007<br>Time:         10:00 a.m.<br>Courtroom:  1<br>Judge:        Hon. Samuel Conti<br><br>Complaint Filed: 6/20/07<br>Trial Date:         N/A |

CBM-MERCEDES\SF380021.1

PROOF OF SERVICE

CARROLL, BURDICK & McDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

*Shelley P. Robinson, et al. v. DaimlerChrysler AG, et al.*
United States District Court, Northern District of California, Action No. 3:07cv03258-SC

### PROOF OF SERVICE BY ELECTRONIC TRANSMISSION

I, the undersigned, declare: that I am, and was at the time of service of the documents herein referred to, over the age of 18 years, and am not a party to the action; and I am employed in the County of San Francisco, California. My business address is 44 Montgomery Street, Suite 400, San Francisco, California, 94104.

On the date executed below, I electronically served the document(s) via email described as:

- SPECIALLY APPEARING DEFENDANT DAIMLER AG'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

- SPECIALLY APPEARING DEFENDANT DAIMLER AG'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

- DECLARATION OF PAUL HECHT IN SUPPORT OF SPECIALLY APPEARING DEFENDANT DAIMLER AG'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

- DECLARATION OF JONATHAN YANK IN SUPPORT OF SPECIALLY APPEARING DEFENDANT DAIMLER AG'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

- DECLARATION OF MICKI SINGER IN SUPPORT OF SPECIALLY APPEARING DEFENDANT DAIMLER AG'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

- [PROPOSED] ORDER GRANTING SPECIALLY APPEARING DEFENDANT DAIMLER AG'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

on recipients designated e-mail addressed as follows:

Thomas Charles Knowles
Law Office of Van Blois & Associates
Airport Corporate Centre
7677 Oakport Street, Suite 565
Oakland, CA 94621
tck@vanbloislaw.com

| | |
|---|---|
| 1 | R. Lewis Van Blois |
| | Law Office of Van Blois & Associates |
| 2 | Airport Corporate Centre |
| | 7677 Oakport Street, Suite 565 |
| 3 | Oakland, CA  94621 |
| | rlvanblois@vanbloislaw.com |
| 4 | |

      I declare under penalty of perjury pursuant to the laws of the State of California, that the foregoing is true and correct, and was executed on October 17, 2007, at San Francisco, California.

_____
Stephanie Ferrell

CBM-MERCEDES\SF380021.1     -3-

CARROLL, BURDICK &
McDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**PROOF OF SERVICE**