1  Justs N. Karlsons, No. 042899
   Matthew J. Kemner, No. 188124
2  David M. Rice, No. 131064
   Jonathan Yank, No. 215495
3  **CARROLL, BURDICK & McDONOUGH** LLP
   Attorneys at Law
4  44 Montgomery Street, Suite 400
   San Francisco, CA  94104
5  Telephone:    415.989.5900
   Facsimile:    415.989.0932
6  Email:        jkarlsons@cbmlaw.com
                 mkemner@cbmlaw.com
7                drice@cbmlaw.com
                 jyank@cbmlaw.com
8

9  Attorneys for Defendant
   Specially Appearing Defendant DAIMLER AG
10 (formerly known as "DaimlerChrysler AG")

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13                SAN FRANCISCO DIVISION

14 SHELLEY P. ROBINSON,  et al.,          No. 3:07cv03258-SC

15          Plaintiffs,                   **SPECIALLY APPEARING
                                          DEFENDANT DAIMLER AG'S**
16     v.                                 **NOTICE OF MOTION AND MOTION
                                          TO DISMISS FOR LACK OF**
17 DAIMLERCHRYSLER AG, et al.,            **PERSONAL JURISDICTION**

18          Defendants.                   Date:         November 30, 2007
                                          Time:         10:00 a.m.
19                                        Courtroom:    1
                                          Judge:        Hon. Samuel Conti
20
                                          Complaint Filed: 6/20/07
21                                        Trial Date:      N/A

22 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

23          PLEASE TAKE NOTICE THAT on November 30, 2007 at 10:00 a.m. or as

24 soon thereafter as the matter may be heard in the courtroom of the Honorable Samuel

25 Conti, located at 450 Golden Gate Avenue, Courtroom 1, Seventeenth Floor, San

26 Francisco, California 94102, Specially Appearing Defendant Daimler AG (formerly

27 known as "DaimlerChrysler AG") will and hereby does move this Court for an Order

28 dismissing it from this action pursuant to Federal Rule of Civil Procedure Rule 12(b)(2).

CARROLL, BURDICK &
McDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF379955.1

NOTICE OF MOTION AND MOTION TO DISMISS                    (NO. 3:07CV03258-SC)

1   Said motion will be made on the ground that the Court lacks power to exercise personal

2   jurisdiction over Specially Appearing Defendant Daimler AG, as Daimler AG does not

3   have the requisite minimum contacts with the State of California to support such

4   jurisdiction.

5         This motion is brought pursuant to Rule 12(b)(2) of the Federal Rules of Civil

6   Procedure and is based upon this Notice of Motion and Motion, the accompanying

7   Memorandum of Points and Authorities, the accompanying Declarations of Paul Hecht,

8   Micki S. Singer and Jonathan Yank, the pleadings and papers filed herein, and upon such

9   other matters as may be presented to the Court at the time of hearing.

10        Dated:  October 17, 2007

11                              CARROLL, BURDICK & McDONOUGH LLP

12

13                              By _____/s/_____

14                                        David M. Rice
                                 Attorneys for Specially Appearing Defendant
15                               DAIMLER AG (formerly known as
                                 "DaimlerChrysler AG")

16

17

18

19

20

21

22

23

24

25

26

27

28

CARROLL, BURDICK &
McDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF379955.1                    -2-

NOTICE OF MOTION AND MOTION TO DISMISS                    (NO. 3:07CV03258-SC)