SEDGWICK, DETERT, MORAN & ARNOLD LLP
MICKI S. SINGER  Bar No. 148699
DENNIS E. RAGLIN  Bar No. 179261
One Market Plaza, Steurat Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants CHRYSLER LLC, formerly
DAIMLERCHRYSLER CORPORATION, and
DAIMLERCHRYSLER MOTORS COMPANY LLC

R. Lewis Van Blois
Van Blois & Associates
7677 Oakport Street, Suite 565
Oakland, CA 94621

Attorney for Plaintiffs SHELLEY P.
ROBINSON; and ELIZAVETA M.
HUNSINGER, by and through her Conservator
IVAN J. HUNSINGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY P. ROBINSON; and ELIZAVETA M. HUNSINGER, by and through her Conservator IVAN J. HUNSINGER,<br><br>Plaintiffs,<br><br>v.<br><br>DAIMLERCHRYSLER AG; DAIMLERCHRYSLER MOTORS COMPANY LLC; DAIMLERCHRYSLER CORPORATION; and DOES One through Fifty, inclusive,<br><br>Defendants. | CASE NO. C 07-03258 SC<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

SEDGWICK

SF/1433952v1

-1-

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

1  Private Process:

2  XX   Private ADR *(please identify process and provider)*: ___Private Mediation___

3  The parties agree to hold the ADR session by:

4  
5  Plaintiffs request April 30, 2008 and Defendants request August 31, 2008

6  DATED: October 26, 2007          VAN BLOIS & ASSOCIATES

7  
8                                    By: _____
                                         Darren Van Blois
9                                        R. Lewis Van Blois
                                         Attorney for Plaintiffs
10                                       SHELLEY P. ROBINSON; and ELIZAVETA M.
11                                       HUNSINGER, by and through her Conservator IVAN J.
                                         HUNSINGER
12  
13  DATED: October 26, 2007          SEDGWICK, DETERT, MORAN & ARNOLD LLP

14  
15                                    By: _____
                                         Micki S. Singer
16                                       Dennis E. Raglin
                                         Attorneys for Defendants
17                                       CHRYSLER LLC, formerly DAIMLERCHRYSLER
                                         CORPORATION, and DAIMLERCHRYSLER
18                                       MOTORS COMPANY LLC

19
20
21
22
23
24
25
26
27
28

SEDGWICK

SF/1433952v1                         -2-
            STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to: Private ADR.

The deadline for the parties to complete the ADR session is _____.

IT IS SO ORDERED.

DATED: _____

                           THE HONORABLE SAMUEL CONTI
                           UNITED STATES DISTRICT JUDGE

SEDGWICK