1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   MICKI S. SINGER  Bar No. 148699
2  DENNIS E. RAGLIN  Bar No. 179261
   One Market Plaza, Steurat Tower, 8th Floor
3  San Francisco, California 94105
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635

5  Attorneys for Defendants CHRYSLER LLC, formerly
   DAIMLERCHRYSLER CORPORATION, and
6  DAIMLERCHRYSLER MOTORS COMPANY LLC

7
   R. Lewis Van Blois
8  Van Blois & Associates
   7677 Oakport Street, Suite 565
9  Oakland, CA 94621

10 Attorney for Plaintiffs SHELLEY P.
   ROBINSON; and ELIZAVETA M.
11 HUNSINGER, by and through her Conservator
   IVAN J. HUNSINGER
12

13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

17 SHELLEY P. ROBINSON; and ELIZAVETA M.  | CASE NO. C 07-03258 SC
   HUNSINGER, by and through her Conservator |
18 IVAN J. HUNSINGER,                        |

19        Plaintiffs,                        | STIPULATION AND [PROPOSED]
                                             | ORDER SELECTING ADR
20     v.                                    | PROCESS

21 DAIMLERCHRYSLER AG;
   DAIMLERCHRYSLER MOTORS COMPANY
22 LLC; DAIMLERCHRYSLER CORPORATION;
   and DOES One through Fifty, inclusive,
23
          Defendants.
24

25 Counsel report that they have met and conferred regarding ADR and have reached the following
26 stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

27 The parties agree to participate in the following ADR process:

SEDGWICK  28

Private Process:

XX   Private ADR *(please identify process and provider)*: __Private Mediation__

The parties agree to hold the ADR session by:

Plaintiffs request April 30, 2008 and Defendants request August 31, 2008

DATED: October 26, 2007          VAN BLOIS & ASSOCIATES

                                 By: _____
                                     Darren Van Blois
                                     R. Lewis Van Blois
                                     Attorney for Plaintiffs
                                     SHELLEY P. ROBINSON; and ELIZAVETA M.
                                     HUNSINGER, by and through her Conservator IVAN J.
                                     HUNSINGER

DATED: October 26, 2007          SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                 By: _____
                                     Micki S. Singer
                                     Dennis E. Raglin
                                     Attorneys for Defendants
                                     CHRYSLER LLC, formerly DAIMLERCHRYSLER
                                     CORPORATION, and DAIMLERCHRYSLER
                                     MOTORS COMPANY LLC

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to: Private ADR.

The deadline for the parties to complete the ADR session is ___June 30, 2008___.

IT IS SO ORDERED.

DATED:   October 30, 2007

IT IS SO ORDERED
Judge Samuel Conti