IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHELLEY ROBINSON, et al.,

        Plaintiff(s),

  v.

DAIMLERCHRYSLER AG, et al.,

        Defendant(s),
        _____/

No. C-07-3258 SC

Clerk's Notice

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has rescheduled the **Case Management Conference** scheduled for **November 16, 2007** before the Honorable Samuel Conti. The conference has been reset for **January 25, 2008 at 10:00 a.m.** Parties are to file one Joint Case Management Conference Statement seven days prior to the conference.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: November 14, 2007                                       FOR THE COURT,

                                                                               Richard W. Wieking, Clerk

                                                                               By:   T. De Martini
                                                                                       Courtroom Deputy

*United States District Court*
*For the Northern District of California*