Justs N. Karlsons, No. 042899
Matthew J. Kemner, No. 188124
David M. Rice, No. 131064
Jonathan Yank, No. 215495
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:   415.989.5900
Facsimile:    415.989.0932
Email:         drice@cbmlaw.com

Attorneys for Specially Appearing Defendant
DAIMLER AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| SHELLEY P. ROBINSON et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DAIMLERCHRYSLER AG et al.,<br><br>Defendants. | No. 3:07cv03258-SC<br><br>**SPECIALLY APPEARING DEFENDANT DAIMLER AG'S OBJECTIONS TO PLAINTIFFS' EVIDENCE IN OPPOSITION TO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Date:          November 30, 2007<br>Time:         10:00 a.m.<br>Courtroom: 1<br><br>Hon. Samuel Conti |

Specially-appearing defendant Daimler AG, without waiving its objections with respect to personal jurisdiction, objects to evidence submitted by plaintiffs in support of Plaintiffs' Opposition to Defendant Daimler AG's Motion to Dismiss for Lack of Personal Jurisdiction.

Specifically, with respect to the Declaration of Darren Van Blois, Daimler AG objects as follows:

1. Exhibit 1, a copy of *Tracinda Corp. v. DaimlerChrysler AG*, 364 F. Supp. 2d 362 (D.Del. 2005), is irrelevant, as DaimlerChrysler Motors Company, LLC was not a party to that case and no findings of fact were made by the Court relevant to its function, structure, or entity status.

2.  Exhibit 2, a web page purportedly printed from the California Secretary of State's internet site, is not authenticated. *Benson v. Crest Energy, Inc.*, 2007 WL 3119743, at *2 (E.D. Cal. 2007) ("a print-out of an internet search on the California Secretary of State website ... is not authenticated.") Therefore, paragraph 2 of Darren Van Blois' declaration also lacks foundation.

3.  Exhibit 3, a web page from *Wikipedia.com*, is not authenticated and constitutes hearsay. *See, e.g., Steele v. McMahon*, 2007 WL 2758026, at *8 (E.D. Cal. Sept. 21, 2007); *Davage v. City of Eugene*, 2007 WL 2007979 (D. Or. July 6, 2007). Therefore, paragraph 3 of Darren Van Blois' declaration also lacks foundation.

4.  Exhibit 4, described by Mr. Van Blois as "a print-out of a blank Application Form for reimbursement for vehicle modification expenses under the 'DaimlerChrysler Motors Company LLC Automobility Program'" is irrelevant.

5.  Exhibit 5, a State of Maine Court's Decision and Order relating to a vehicle warranty repair, is irrelevant.

Dated: November 16, 2007

Respectfully submitted,

CARROLL, BURDICK & McDONOUGH LLP

By /S/
Matthew J. Kemner
Attorneys for Specially Appearing Defendant
DAIMLER AG