Justs N. Karlsons, No. 042899
Matthew J. Kemner, No. 188124
David M. Rice, No. 131064
Jonathan Yank, No. 215495
**CARROLL, BURDICK & McDONOUGH** LLP
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:    415.989.5900
Facsimile:    415.989.0932
Email:    jkarlsons@cbmlaw.com
          mkemner@cbmlaw.com
          drice@cbmlaw.com
          jyank@cbmlaw.com

Attorneys for Defendant
Specially Appearing Defendant DAIMLER AG

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SHELLEY P. ROBINSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DAIMLERCHRYSLER AG, et al.,<br><br>Defendants. | No. 3:07cv03258-SC<br><br>**DECLARATION OF LOUANN VAN DER WIELE IN SUPPORT OF SPECIALLY APPEARING DEFENDANT DAIMLER AG'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Date:        November 30, 2007<br>Time:        10:00 a.m.<br>Courtroom:    1<br><br>Judge:        Hon. Samuel Conti |

I, Louann Van Der Wiele, declare as follows:

1.    I am Assistant General Counsel, Product Litigation and Discovery, in the Office of the General Counsel of Chrysler LLC, formerly DaimlerChrysler Company LLC, formerly DaimlerChrysler Corporation. I have been employed in the office of the General Counsel since 1989. I have knowledge of the facts set forth in this Declaration.

CARROLL, BURDICK &
McDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF382890.1

DECLARATION OF LOUANN VAN DER WIELE ISO MOTION TO DISMISS (NO. 3:07CV03258-SC)

2.      I understand that this lawsuit arises from an accident involving a 1998 Jeep Cherokee (XJ), VIN 1J4FJ68SXWL252744 (the "Cherokee").

3.      The Cherokee was designed, developed and assembled by Chrysler Corporation. According to Chrysler's records, the Cherokee was built on April 30, 1998, and shipped from the assembly plant on May 1, 1998.  The Cherokee was sold to an authorized Jeep dealer on October 7, 1998, by Chrysler Motors Corporation.

4.      Chrysler Corporation was incorporated in Delaware on March 4, 1986.  It was responsible for the design, development and assembly of Chrysler, Dodge and Jeep vehicles.

5.      Chrysler Motors Corporation was incorporated in Delaware on January 1, 1998.  It was responsible for the sale of Chrysler, Dodge and Jeep vehicles to authorized dealers and was a wholly owned subsidiary of Chrysler Corporation.

6.      Daimler AG (formerly DaimlerChrysler AG) is a German stock corporation incorporated under the laws of the Federal Republic of Germany in May 1998.

7.      Chrysler Corporation became a wholly owned subsidiary of DaimlerChrysler AG following the consummation on November 12, 1998, of the Business Combination Agreement dated May 7, 1998, as Amended and Restated, among DaimlerChrysler AG, Daimler-Benz AG, and Chrysler Corporation.

8.      Chrysler Corporation changed its name to DaimlerChrysler Corporation and Chrysler Motors Corporation changed its name to DaimlerChrysler Motors Corporation effective November 17, 1998.

9.      Effective January 1, 2000, DaimlerChrysler Corporation became a wholly owned subsidiary of DaimlerChrysler North America Holding Corporation, which was a wholly owned subsidiary of DaimlerChrysler AG.

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF379375.1                                           -2-

DECLARATON OF LOUANN VAN DER WIELE  IN SUPPORT OF MOTION TO QUASH (NO. 3:07CV03258-SC)

10.    DaimlerChrysler Motors Company LLC was formed in Delaware on September 21, 2001.

11.    Effective January 1, 2002, DaimlerChrysler Motors Corporation merged into DaimlerChrysler Motors Company LLC.  DaimlerChrysler Motors Company LLC became the entity responsible for the sale of Chrysler, Dodge and Jeep vehicles to authorized dealers.

12.    Effective January 1, 2002, DaimlerChrysler Motors Company LLC also became a wholly owned subsidiary of DaimlerChrysler North America Holding Corporation, and DaimlerChrysler Corporation became a wholly owned subsidiary of DaimlerChrysler Motors Company LLC.

13.    DaimlerChrysler Corporation and DaimlerChrysler Motors Company LLC were separate legal entities from each other and from DaimlerChrysler AG.  DaimlerChrysler Corporation was responsible for making recall decisions affecting Chrysler, Dodge and Jeep vehicles.

14.    Effective March 31, 2007, DaimlerChrysler Corporation was converted to a Delaware limited liability company named DaimlerChrysler Company LLC.

15.    Effective May 11, 2007, DaimlerChrysler Motors Company LLC became a wholly owned subsidiary of DaimlerChrysler Company LLC.

16.    Effective July 30, 2007, DaimlerChrysler Company LLC was renamed Chrysler LLC, and DaimlerChrysler Motors Company LLC was renamed Chrysler Motors LLC.

17.    Neither Daimler AG (formerly DaimlerChrysler AG) nor the former Daimler-Benz AG designed, developed, manufactured, warranted, distributed or sold the Cherokee or any of its components

CARROLL, BURDICK &
McDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF379375.1                                     -3-

DECLARATON OF LOUANN VAN DER WIELE  IN SUPPORT OF MOTION TO QUASH (NO. 3:07CV03258-SC)

1

2

3        I declare under penalty of perjury under the laws of the State of California that the

4    foregoing is true and correct.

5        Dated:  November 15, 2007

6

7                                    LOUANN VAN DER WIELE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF379375.1                -4-

DECLARATON OF LOUANN VAN DER WIELE  IN SUPPORT OF MOTION TO QUASH (NO. 3:07CV03258-SC)