R. Lewis Van Blois, sbn 38912
Thomas C. Knowles, sbn 40899
Darren J. Van Blois, sbn 232583
Law Office of VAN BLOIS & ASSOCIATES
Airport Corporate Centre
7677 Oakport Street, Suite 565
Oakland, CA 94621
Telephone: (510) 635-1284
Facsimile: (510) 635-1516

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY R. ROBINSON; and ELIZAVETA M. HUNSINGER, by and through her Conservator IVAN J. HUNSINGER<br><br>Plaintiffs,<br><br>v.<br><br>DAIMLERCHRYSLER AG; DAIMLERCHRYSLER MOTORS COMPANY LLC; DAIMLERCHRYSLER CORPORATION; and DOES ONE through FIFTY, inclusive,<br><br>Defendants.<br>_____ / | Case No. C 07-03258 SC<br><br>JOINT CASE MANAGEMENT STATEMENT<br><br><br>Date: January 25, 2008<br>Time: 10:00 a.m.<br>Courtroom: 1<br>Hon. Samuel Conti |

Plaintiffs SHELLEY R. ROBINSON and ELIZAVETA M. HUNSINGER, by and through her Conservator IVAN J. HUNSINGER, and defendants CHRYSLER MOTORS LLC (formerly DAIMLERCHRYSLER MOTORS COMPANY LLC), and CHRYSLER LLC (formerly DAIMLERCHRYSLER CORPORATION), jointly submit this case management statement as follows:

Joint Case Management Statement               1

1. <u>Jurisdiction and Service</u>: Subject matter jurisdiction in this case is under 28 U.S.C. §1332. All named defendants have been served. Plaintiffs do not anticipate serving any other defendants.

Daimler AG (formerly "DaimlerChrysler AG") contends that they are not subject to the Court's jurisdiction in this case for lack of personal jurisdiction.

2. <u>Facts</u>: This lawsuit arises out of a single vehicle accident that occurred on May 25, 2005 on highway 93 in Twin Falls County, Idaho, when the 1998 Jeep Cherokee that Plaintiffs were passengers in oversteered, yawed, and rolled over, causing severe and catastrophic injuries to Plaintiffs, including quadriplegia to SHELLEY R. ROBINSON and quadriplegia and traumatic brain injury to ELIZAVETA M. HUNSINGER.

At this time, without conducting discovery, defendants cannot state whether or not they dispute this statement of the facts, and reserve the right to dispute them as investigation and discovery continue.

3. <u>Legal Issues</u>: Plaintiffs claim that the defendants are liable under California law for negligence, strict liability, and breach of warranty, and that the subject vehicle was defective in its handling and stability, roof strength, and glazing.

Defendants deny liability for the subject incident and dispute each of plaintiffs' alleged theories of liability.

4. <u>Motions</u>: Defendant Daimler AG (formerly "DaimlerChrysler AG") filed a motion to dismiss for lack of personal jurisdiction, which was denied without prejudice. Defendants reserve the right to file a summary judgment motion.

5.      Amendment of Pleadings: The parties do not anticipate any amendments to the pleadings.

6.      Evidence Preservation: The parties understand their obligations to preserve evidence. Plaintiffs have secured the subject vehicle salvage and it is currently located at a secure facility.

7.      Disclosures: The parties submitting this statement made initial disclosures on or before November 9, 2007. Defendants will produce confidential documents after the entry by the Court of a Stipulated Protective Order. Plaintiffs would like to address the subject of the protective order at the hearing.

8.      Discovery: Pursuant to Rule 26(f), the parties met and conferred on discovery issues and propose the following discovery plan and proposed revisions to discovery limits set forth by the FRCP.

A.      SCHEDULE

| Plaintiffs' proposed discovery plan | completion date |
|---|---|
| Close of nonexpert discovery | October 17, 2008 |
| Expert disclosure by all parties | November 17, 2008 |
| Disclosure of rebuttal experts | December 17, 2008 |
| Close of expert discovery | February 13, 2009 |
| Last day to file dispositive motions | February 27, 2009 |
| Trial | May, 2009 |

Joint Case Management Statement                    3

| Defendants' proposed discovery plan | completion date |
|---|---|
| Close of nonexpert discovery | September 19, 2008 |
| Expert disclosure by plaintiffs | October 10, 2008 |
| Expert disclosure by defendants | November 11, 2008 |
| Disclosure of rebuttal experts | December 12, 2008 |
| Close of expert discovery | February 13, 2009 |
| Last day to file dispositive motions | March 20, 2009 |
| Trial date | July, 2009 |

B. PROPOSED CHANGES IN FRCP 26(b) DISCOVERY

Given the complexity of Plaintiffs' allegations and causes of action in this multiple injury products liability matter, combined with the sheer volume of potential witnesses identified thus far, both Plaintiffs and Defendants propose to increase the limit of depositions for each side to twenty and the number of interrogatories for each side to fifty. Should the parties believe additional discovery is necessary beyond these limits, the parties will attempt to meet and confer first and reach a stipulation. Failing that, the party seeking additional discovery will seek Court relief.

Defendants also propose limits of 50 admission requests and 50 requests for production of documents. Plaintiffs propose no limits at this time, and do not waive their right to file a motion for protective order if necessary.

9. Class Actions: n/a

10. Related Cases: No related cases. The plaintiffs settled with the driver for the policy limits.

11. <u>Relief</u>: Plaintiffs are seeking monetary damages for their physical injuries, pain and suffering, medical expenses, and loss of income. A full economic evaluation has not been completed at this time.

12. <u>Settlement and ADR</u>: The parties submitted an ADR Stipulation on October 26, 2007, agreeing to seek private mediation of the matter. The parties are not in agreement on the deadline for the same.

13. <u>Consent to Magistrate Judge for all Purposes</u>: The parties do not consent to a magistrate judge.

14. <u>Other References</u>: This case is not suitable for reference to binding arbitration, a special master, or multidistrict litigation.

15. <u>Narrowing of Issues</u>: The parties have no suggestions at this time for narrowing issues.

16. <u>Expedited Schedule</u>: This case is not suitable for being expedited.

17. <u>Scheduling</u>: The proposed schedules are set forth above.

18. <u>Trial</u>: The parties request a jury trial. Expected length is four to five weeks.

19. <u>Disclosure of Non-party Interested Entities or Persons</u>: The parties are not aware of any non-party interested entities or persons.

20. <u>Other matters</u>: None at this time.

Dated: January 17, 2008    VAN BLOIS & ASSOCIATES

_____
R. Lewis Van Blois
Thomas C. Knowles
Darren J. Van Blois,
Attorneys for Plaintiffs

Dated: January ___, 2008    SEDGWICK, DETERT, MORAN & ARNOLD

_____
Micki S. Singer
John Gherini,
Attorneys for Defendants CHRYSLER MOTORS LLC (formerly DAIMLERCHRYSLER MOTORS COMPANY LLC), and CHRYSLER LLC (formerly DAIMLERCHRYSLER CORPORATION)

1  20.  Other matters: None at this time.

2

3  Dated: January ___, 2008                VAN BLOIS & ASSOCIATES

4

5

6                                          _____
                                           R. Lewis Van Blois
7                                          Thomas C. Knowles
                                           Darren J. Van Blois,
8                                          Attorneys for Plaintiffs

9

10 Dated: January 15, 2008                 SEDGWICK, DETERT, MORAN & ARNOLD

11

12

13                                         _____
                                           Micki S. Singer
14                                         John Gherini,
                                           Attorneys for Defendants CHRYSLER MOTORS
15                                         LLC (formerly DAIMLERCHRYSLER MOTORS
                                           COMPANY LLC), and CHRYSLER LLC (formerly
16                                         DAIMLERCHRYSLER CORPORATION)

17

18

19

20

21

22

23

24

25

26

Joint Case Management Statement                    6