UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-07-3258        SAMUEL CONTI         DATE 1/25/08
Case Number      Judge

Title: SHELLEY ROBINSON, et al. vs DAIMLER CHRYSLER AG, et al.

Attorneys: DARREN VAN BLOIS         DAIMLERCHRYSLER AG, et al.

Deputy Clerk: T. De Martini    Court Reporter: Margo Gurule

```
Court   Pltf's   Deft's
(XXX)   (   )    (   )   1. Status Conference - Held
(   )   (   )    (   )   2.
(   )   (   )    (   )   3.
(   )   (   )    (   )   4.
(   )   (   )    (   )   5.
```

(   )Motion(s): (   )Granted  (   )Denied  (   )Withdrawn

(   )Granted/Denied  (   )Off Calendar  (   )Submitted

Order to be Prepared by:(   )Pltf  (   )Deft  (   )Court

Discovery Cutoff: 1/12/08    Pretrial Statements Due _____

Case Continued to 1/9/09 @ 10:00 A.M. for Pretrial Conference

Case Continued to 1/12/09 @ 9:30 A.M. for Jury Trial

Case Continued to _____ for Further Status Conference

Case Continued to 12/5/08 @ 10:00 A.M. for Motions

ORDERED AFTER HEARING:

cc: