UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-07-3258 SAMUEL CONTI DATE 1/25/08
Case Number Judge

Title: SHELLEY ROBINSON, et al. vs DAIMLER CHRYSLER AG, et al.

Attorneys: DARREN VAN BLOIS JOHN GHERINI ~~DAIMLERCHRYSLER AG, et al.~~

Deputy Clerk: T. De Martini Court Reporter: Margo Gurule

Court Pltf's Deft's
(XXX) ( ) ( ) 1. Status Conference - Held

( ) ( ) ( ) 2.

( ) ( ) ( ) 3.

( ) ( ) ( ) 4.

( ) ( ) ( ) 5.

( )Motion(s): ( )Granted ( )Denied ( )Withdrawn

( )Granted/Denied ( )Off Calendar ( )Submitted

Order to be Prepared by:( )Pltf ( )Deft ( )Court

Discovery Cutoff: 1/12/08 Pretrial Statements Due

Case Continued to 1/9/09 @ 10:00 A.M. for Pretrial Conference

Case Continued to 1/12/09 @ 9:30 A.M. for Jury Trial

Case Continued to ______ for Further Status Conference

Case Continued to 12/5/08 @ 10:00 A.M. for Motions

ORDERED AFTER HEARING:

cc: