| | |
|---|---|
| 1 | Justs N. Karlsons, No. 042899 |
| | Matthew J. Kemner, No. 188124 |
| 2 | David M. Rice, No. 131064 |
| | Jonathan Yank, No. 215495 |
| 3 | **CARROLL, BURDICK & McDONOUGH LLP** |
| | Attorneys at Law |
| 4 | 44 Montgomery Street, Suite 400 |
| | San Francisco, CA  94104 |
| 5 | Telephone:     415.989.5900 |
| | Facsimile:      415.989.0932 |
| 6 | Email:           jkarlsons@cbmlaw.com |
| 7 |                       mkemner@cbmlaw.com |
| |                       drice@cbmlaw.com |
| |                       jyank@cbmlaw.com |

Attorneys for Specially Appearing Defendant
DAIMLER AG (formerly known as DaimlerChrysler AG)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHELLEY P. ROBINSON, et al., | No. 3:07cv03258-SC |
| Plaintiffs, | **SPECIALLY APPEARING DEFENDANT DAIMLER AG'S NOTICE OF RENEWED MOTION AND RENEWED MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |
| v. | |
| DAIMLERCHRYSLER AG, et al., | |
| Defendants. | |
| | Date:           March 7, 2008 |
| | Time:          10:00 a.m. |
| | Courtroom:  1 |
| | Judge:         Hon. Samuel Conti |
| | Complaint Filed: 5/11/07 |
| | Trial Date:         1/12/09 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on March 7, 2008 at 10:00 a.m. or as soon thereafter as the matter may be heard in the courtroom of the Honorable Samuel Conti, located at 450 Golden Gate Avenue, Courtroom 1, Seventeenth Floor, San Francisco, California 94102, Specially Appearing Defendant Daimler AG (formerly known as DaimlerChrysler AG) will and hereby does move this Court for an Order dismissing it

1  from this action pursuant to Federal Rule of Civil Procedure Rule 12(b)(2).[1]  Said
2  renewed motion will be made on the ground that the Court lacks power to exercise
3  personal jurisdiction over Specially Appearing Defendant Daimler AG, as Daimler AG
4  does not have the requisite minimum contacts with the State of California to support such
5  jurisdiction and the exercise of personal jurisdiction over Daimler AG would be
6  constitutionally unreasonable.

7      This renewed motion is brought pursuant to Rule 12(b)(2) of the Federal Rules
8  of Civil Procedure and is based upon this Notice of Renewed Motion and Renewed
9  Motion, the accompanying Memorandum of Points and Authorities, the Declarations of
10 Paul Hecht, Micki S. Singer and Jonathan Yank (Docket Nos. 12, 13 & 14), the pleadings
11 and papers filed herein, and upon such other matters as may be presented to the Court at
12 the time of hearing.

13     Dated:  January 29, 2008    Respectfully submitted,

14     CARROLL, BURDICK & McDONOUGH LLP

16     By     /s/
17     Matthew J. Kemner
    Attorneys for Specially Appearing Defendant
18     DAIMLER AG (formerly known as
    DaimlerChrysler AG)

---

[1] In the alternative, pursuant to N.D. Cal. Local R. 7-9, Daimler AG seeks leave to file a motion for reconsideration of its original Motion to Dismiss for Lack of Personal Jurisdiction (Docket No. 17), and respectfully submits that its alternative motion for reconsideration should be granted for the reasons stated in the supporting documents referred to above.