1  Justs N. Karlsons, No. 042899
   Matthew J. Kemner, No. 188124
2  David M. Rice, No. 131064
   Jonathan Yank, No. 215495
3  **CARROLL, BURDICK & McDONOUGH LLP**
   Attorneys at Law
4  44 Montgomery Street, Suite 400
   San Francisco, CA  94104
5  Telephone:    415.989.5900
   Facsimile:    415.989.0932
6  Email:        tyoshino@cbmlaw.com

7  Attorneys for Specially Appearing Defendant
   DAIMLER AG

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 | SHELLEY P. ROBINSON, et al.,        | No. 3:07cv03258-SC
13 |          Plaintiffs,                | **[PROPOSED] ORDER GRANTING SPECIALLY APPEARING DEFENDANT DAIMLER AG'S RENEWED MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**
14 |     v.                              |
15 | DAIMLERCHRYSLER AG, et al.,         |
16 |          Defendants.                | Date:       March 7, 2008
                                          Time:       10:00 a.m.
17                                        Courtroom:  1
                                          Judge:      Hon. Samuel Conti
18
                                          Complaint Filed: 6/20/07
19                                        Trial Date:      N/A

20

21

22

23

24

25

26

27

28

**ORDER**

This action comes before the Court on specially-appearing defendant Daimler AG's renewed motion to dismiss for lack of personal jurisdiction. After full consideration of the evidence, all briefing and argument relating to the renewed motion, and good cause appearing, the Court GRANTS Daimler AG's renewed motion and dismisses plaintiffs' Complaint with prejudice, as to defendant Daimler AG, in its entirety.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Samuel Conti
United States District Judge