SEDGWICK, DETERT, MORAN & ARNOLD LLP
MICKI S. SINGER  Bar No. 148699
JOHN G. GHERINI  Bar No. 220981
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants CHRYSLER LLC, formally
DAIMLERCHRYSLER COMPANY LLC, formerly
DAIMLERCHRYSLER CORPORATION, and
CHRYSLER MOTORS LLC, formally
DAIMLERCHRYSLER MOTORS COMPANY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY P. ROBINSON; and ELIZAVETA M. HUNSINGER, by and through her Conservator IVAN J. HUNSINGER,<br><br>Plaintiffs,<br><br>v.<br><br>DAIMLERCHRYSLER AG; DAIMLERCHRYSLER MOTORS COMPANY LLC; DAIMLERCHRYSLER CORPORATION; and DOES One through Fifty, inclusive,<br><br>Defendants. | CASE NO. C-07-03258 SC<br><br>**[PROPOSED] ORDER REGARDING CHRYSLER LLC'S AND CHRYSLER MOTORS LLC'S MOTION FOR ADMINISTRATIVE RELIEF REGARDING EXPERT WITNESS DISCLOSURES AND DISCOVERY**<br><br>**[Civil Local Rule 7-11]** |

Defendants Chrysler LLC and Chrysler Motors LLC having moved for an order setting a schedule for the disclosure and discovery of expert witness information, pursuant to Civil LR 7-11 and Federal Rules of Civil Procedure, Rule 26(a), the Court having considered the arguments made by plaintiff and defendants relating to that motion, and good cause appearing therefore, the Court hereby amends the January 25, 2008 scheduling order as follows:

- **July 3, 2008** – Close of non-expert discovery;
- **July 3, 2008** – Plaintiffs' disclosure of expert identities, résumés, reports, and all other materials required by Federal Rule of Civil Procedure 26(a)(2);
- **August 4, 2008** – Chrysler's disclosure of expert identities, résumés, reports, and all other matters required by Federal Rule of Civil Procedure 26(a)(2);

- **August 25, 2008** – Plaintiffs' rebuttal disclosure;
- **November 12, 2008** – Completion of discovery.

SO ORDERED.

By:_____
U.S. District Court Judge

Shelley Robinson, et al. v. DaimlerChrysler AG, et al.
USDC, Northern District No.: C-07-03258 SC

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On the date executed below, I electronically served the document(s) via ECF described as:

[PROPOSED] ORDER REGARDING CHRYSLER LLC'S AND CHRYSLER MOTORS LLC'S MOTION FOR ADMINISTRATIVE RELIEF REGARDING EXPERT WITNESS DISCLOSURES AND DISCOVERY

on the recipients designated on the Transaction Receipt located on the ECF website.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 31, 2008, at San Francisco, California.

_____
Joanne M Heffron Jones

PROOF OF SERVICE

SF/1498672v1