1  R. Lewis Van Blois, sbn 38912
   Thomas C. Knowles, sbn 40899
2  Darren J. Van Blois, sbn 232583
   Law Office of VAN BLOIS & ASSOCIATES
3  Airport Corporate Centre
   7677 Oakport Street, Suite 565
4  Oakland, CA 94621
   Telephone: (510) 635-1284
5  Facsimile: (510) 635-1516

6  Attorneys for Plaintiffs

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 | SHELLEY R. ROBINSON; and                    | Case No. C 07-03258 SC
   | ELIZAVETA M. HUNSINGER, by and
13 | through her Conservator IVAN J.
   | HUNSINGER                                    | [PROPOSED] ORDER Re: MOTION FOR
14 |                                              | ADMINISTRATIVE RELIEF REGARDING
   |          Plaintiffs,                         | EXPERT WITNESS DISCLOSURES AND
15 |                                              | DISCOVERY
   |     v.
16 |
   | DAIMLERCHRYSLER AG;
17 | DAIMLERCHRYSLER MOTORS                       | [Civil Local Rule 7-11]
   | COMPANY LLC; DAIMLERCHRYSLER
18 | CORPORATION; and DOES ONE through
   | FIFTY, inclusive,
19 |
   |          Defendants.
20 | _____/

21

22

23         The motion of Chrysler LLC and Chrysler Motors LLC for administrative relief regarding

24  expert witness disclosures and discovery was filed on April 1, 2008, and opposition papers filed

25  on April 4, 2008. Having read and considered the papers in support of, and in opposition to, said

26

---

[Proposed] Order re: Motion for Administrative Relief                                              1

motion, the Court hereby amends the January 25, 2008 scheduling order as follows:

- September 12, 2008 - Expert disclosures for all parties

IT IS SO ORDERED

April ____, 2008

_____
UNITED STATES DISTRICT JUDGE

---

[Proposed] Order re: Motion for Administrative Relief