UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY R. ROBINSON; and ELIZAVETA M. HUNSINGER, by and through her Conservator IVAN J. HUNSINGER,<br><br>    Plaintiffs,<br><br>  v.<br><br>DAIMLERCHRYSLER AG; DAIMLERCHRYSLER MOTORS COMPANY LLC; DAIMLERCHRYSLER CORPORATION; and DOES ONE through FIFTY, inclusive,<br><br>    Defendants. | No. 07-3258 SC<br><br>ORDER DENYING CHRYSLER'S MOTION FOR ADMINISTRATIVE RELIEF REGARDING EXPERT WITNESS DISCLOSURES <u>AND DISCOVERY</u> |

Defendants Chrysler LLC and Chrysler Motors LLC (collectively "Chrysler") brought this Motion for Administrative Relief Regarding Expert Witness Disclosures and Discovery. Docket No. 40. Chrysler seeks to advance the close of non-expert discovery from November 12, 2008, to July 3, 2008, and to impose a staggered schedule for expert disclosures and discovery beginning on July 3. Plaintiffs Shelley Robinson and Elizaveta Hunsinger ("Plaintiffs") opposed the motion. Docket No. 43.

The Court issued its Status Conference Order setting this case for trial on January 12, 2009, and establishing November 12, 2008, as the close of discovery. <u>See</u> Docket No. 30. The Court did not, however, set forth a detailed schedule for expert disclosures and expert discovery. Therefore, pursuant to Federal Rule of Civil Procedure 26(a)(2)(C)(i), the deadline for

disclosure of experts was 90 days before trial, October 14, 2008.

Chrysler complains that October 14 is too late for expert disclosures, leaving only one month for expert discovery in what is sure to be a complicated case involving numerous medical and technical experts. Plaintiffs have agreed to move the expert disclosure date forward, though not as far as Chrysler asks. Plaintiffs also oppose Chrysler's request to move the close of non-expert discovery up by 4 months, arguing that would leave them insufficient time to prepare their case.

Having considered the parties' positions, the Court DENIES Chrysler's motion and ORDERS as follows:

1. The parties shall make their Rule 26(a)(2)(B) disclosures no later than Friday, September 5, 2008.

2. The parties shall make rebuttal disclosures, if any, no later than Friday, October 3, 2008.

3. All dates set forth in the January 25, 2008, Status Conference Order remain unchanged.

IT IS SO ORDERED.

May 2, 2008

UNITED STATES DISTRICT JUDGE