R. Lewis Van Blois, sbn 38912
Thomas C. Knowles, sbn 40899
Darren J. Van Blois, sbn 232583
Law Office of VAN BLOIS & ASSOCIATES
Airport Corporate Centre
7677 Oakport Street, Suite 565
Oakland, CA 94621
Telephone: (510) 635-1284
Facsimile: (510) 635-1516

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY R. ROBINSON; and ELIZAVETA M. HUNSINGER, by and through her Conservator IVAN J. HUNSINGER<br><br>Plaintiffs,<br><br>v.<br><br>DAIMLERCHRYSLER AG; DAIMLERCHRYSLER MOTORS COMPANY LLC; DAIMLERCHRYSLER CORPORATION; and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. C 07-03258 SC<br><br>STIPULATION AND ORDER OF DISMISSAL |

      Plaintiffs SHELLEY R. ROBINSON, and ELIZAVETA M. HUNSINGER, by and through her Conservator IVAN J. HUNSINGER and defendants CHRYSLER MOTORS LLC (formerly known as, and sued as, "DAIMLERCHRYSLER MOTORS COMPANY LLC"), and CHRYSLER LLC (formerly known as, and sued as, "DAIMLERCHRYSLER CORPORATION"), after reaching a settlement agreement, hereby stipulate to dismiss:

Stipulation of Dismissal                 1

      (1) Plaintiffs' claims against the stipulating defendants with prejudice, and

      (2) the entire action as to all parties without prejudice.

Each side will bear its own fees and costs.

Dated: November 4, 2008

VAN BLOIS & ASSOCIATES

_____
R. Lewis Van Blois
Thomas C. Knowles
Darren J. Van Blois,
Attorneys for Plaintiffs

Dated: November ___, 2008

SEDGWICK, DETERT, MORAN & ARNOLD

_____
Micki S. Singer
John Gherini
Brian Thompson,
Attorneys for Defendants CHRYSLER MOTORS LLC (formerly DAIMLERCHRYSLER MOTORS COMPANY LLC), and CHRYSLER LLC (formerly DAIMLERCHRYSLER CORPORATION)

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: November ___, 2008

_____
Hon. Samuel Conti
United States District Judge

---

Stipulation of Dismissal      2

1  (1) Plaintiffs' claims against the stipulating defendants with prejudice, and
2  (2) the entire action as to all parties without prejudice.
3  Each side will bear its own fees and costs.

Dated: November ___, 2008        VAN BLOIS & ASSOCIATES

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　R. Lewis Van Blois
　　　　　　　　　　　　　　　　　Thomas C. Knowles
　　　　　　　　　　　　　　　　　Darren J. Van Blois,
　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

Dated: November 4, 2008          SEDGWICK, DETERT, MORAN & ARNOLD

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Micki S. Singer
　　　　　　　　　　　　　　　　　John Gherini
　　　　　　　　　　　　　　　　　Brian Thompson,
　　　　　　　　　　　　　　　　　Attorneys for Defendants CHRYSLER MOTORS
　　　　　　　　　　　　　　　　　LLC (formerly DAIMLERCHRYSLER MOTORS
　　　　　　　　　　　　　　　　　COMPANY LLC), and CHRYSLER LLC (formerly
　　　　　　　　　　　　　　　　　DAIMLERCHRYSLER CORPORATION)

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: November 5, 2008

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Samuel Conti
　　　　　　　　　　　　　　　　　United States District Judge

*IT IS SO ORDERED — Judge Samuel Conti — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA (seal)*

Stipulation of Dismissal                                                2